Jeffrey D. Kent (State Bar No.: 162237)
THE KENT LAW FIRM, APC
1400 N. Harbor Blvd., Suite 601
Fullerton, California 92835
Off: (714) 401-3827 | Fax: (714) 908-3827
Email: jdkent@not-guilty.org

Attorney for Defendant, Melanie Belger

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America**, | Court Case No.: 1:22-mj-207 |
| Plaintiff, | |
| vs. | **MOTION TO APPEAR PRO HAC VICE. DECLARATION IN SUPPORT THEREOF AND PROPOSED ORDER** |
| **Melanie Christine Belger,** | |
| Defendant. | |

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to **L.Cr.R. 44.1 (c)**, Defendant, Melanie Christine Belger, moves for the admission and appearance of attorney Jeffrey D. Kent pro hac vice in the above-entitled action. This motion is supported by the Declaration of Jeffrey D. Kent, filed herewith. As set forth in Mr. Kent's declaration, he is admitted and an active member in good standing the following courts and bars: the California Bar, United States Supreme Court, Ninth Circuit Court of Appeals, the U.S. District Court for the Central District of California, the U.S. District Court for the Southern District of California, and the U.S. District Court for the Eastern District of California. This

motion is supported and signed by Manuel J. Retureta, an active and sponsoring member of the Bar of this Court.

Dated this 30th day of September 2022.          Respectfully submitted,

*signature*

Manuel J. Retureta
RETURETA & WASSEM, PLLC
300 New Jersey Avenue NW, Suite 900
Washington, D.C. 20001
Tel: (202) 549-0679
mjr@returetawassem.com

THE KENT LAW FIRM, APC
1400 N. Harbor Blvd., Suite 601
Fullerton, California 92835
Off: (714) 401-3827 | Fax: (714) 908-3827
Email: jdkent@not-guilty.org

Attorney for Defendant, Melanie Belger

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America**, | Court Case No.: 1:22-mj-207 |
| Plaintiff, | **DECLARATION OF JEFFREY D. KENT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| vs. | |
| **Melanie Christine Belger,** | |
| Defendant. | |

## MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

I, Jeffrey D. Kent, hereby declare:

1. My name, office address, and telephone number are as follows:

   The Kent Law Firm, APC
   1400 N. Harbor Blvd., Suite 601, Fullerton, CA 92835
   Office: (714) 401-3827
   Fax: (714) 908-3827
   Email: jdkent@not-guilty.org

2. I have been admitted to the following courts and bars:

   Supreme Court of California (Dec. 14, 1992) (Cal. Bar No. 162237)

   United States Supreme Court (Feb. 20, 1996)

   Ninth Circuit Court of Appeals (March 10, 1995)

   U.S. District Court for the Central District of California (April 15, 1993)

U.S. District Court for the Southern District of California (March 3, 1995)

U.S. District Court for the Eastern District of California (August 20, 1993)

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I do not have an office located within the District of Columbia.

6. I have never been disciplined by any bar, and I have attached a Certificate of Good Standing from my local jurisdiction.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Fullerton, California, this 30th day of September, 2022.

Respectfully submitted,

Jeffrey D. Kent
The Kent Law Firm, APC
1400 N. Harbor Blvd., Suite 601
Fullerton, CA 92835
Tel: (714) 401-3827
Fax: (714) 908-3827
jdkent@not-guilty.org

Case Number: 1:22-mj-207
*U.S. v. Melanie Belger*
Pro Hac Vice - 4

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America**, | Court Case No.: 1:22-mj-207 |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| **Melanie Christine Belger,** | |
| Defendant. | |

### [DEFENDANT'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY JEFFREY D. KENT *PRO HAC VICE*

The Court has reviewed the Defendant's motion for admission of attorney Jeffrey D. Kent *pro hac vice*. Upon consideration of that motion, the Court grants attorney Jeffrey D. Kent *pro hac vice* admission to this Court.

**IT IS SO ORDERED.**

DATED: _____                                    _____

                                                     United States District Judge