

## The State Bar
### of California

**OFFICE OF ATTORNEY REGULATION &
CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

September 26, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JEFFREY DONALD KENT, #162237 was admitted to the practice of law in this state by the Supreme Court of California on December 14, 1992 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records