Use Tab key to move from field to field on this form

NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.      Criminal Number   1:22-mj-207

Melanie Christine Belger

(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

☐ CJA     ☒ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Jeffrey D. Kent (CA SBN 162237)
*(Attorney & Bar ID Number)*

THE KENT LAW FIRM, APC
*(Firm Name)*

1400 N. Harbor Blvd., Suite 601
*(Street Address)*

Fullerton, CA 92835
*(City) (State) (Zip)*

(714) 401-3827
*(Telephone Number)*