UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Case No.  22-mj-00207 (GMH) |
| v. | |
| MELANIE CHRISTINE BELGER | |
| Defendant. | |

NOTICE OF APPEARANCE

To the Clerk of the Court, please enter the appearance of Manuel J. Retureta, Esq., as defense counsel for the purposes of sponsoring the *pro hac vice* admission of Jeffrey D. Kent.

Filed this 4th day of October 2022.

Respectfully submitted,

RETURETA  &  WASSEM,  P.L.L.C.

By:_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
300 New Jersey Avenue, NW, Suite 900
Washington, D.C.  20001
202.450.6119
MJR@RETURETAWASSEM.COM

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing filing was served upon counsel for all parties via ECF filing on this 4th day of October 2022.

By:_____
Manuel J. Retureta, Esq.