**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **United States of America**, | Court Case No.: 1:22-mj-207-2 |
| Plaintiff, | **ORDER** |
| vs. | |
| **Estey et al**, | |
| Defendant. | |

**ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY JEFFREY D. KENT**
*PRO HAC VICE*

The Court has reviewed the Defendant's motion for admission of attorney Jeffrey D. Kent *pro hac vice*. Upon consideration of that motion, the Court grants attorney Jeffrey D. Kent *pro hac vice* admission to this Court.

**IT IS SO ORDERED.**

DATED: October 4, 2022

_____

United States Magistrate Judge