1 Jeffrey D. Kent (California State Bar No.: 162237)
  THE KENT LAW FIRM, APC
2 1400 N. Harbor Blvd., Suite 601
  Fullerton, California 92835
3 Off: (714) 401-3827 | Fax: (714) 908-3827
  Email: jdkent@not-guilty.org
4

5 Attorney for Defendant,
  Melanie Christine Belger
6

7 Dennis P. Gaughan (California State Bar No. 156355)
  1432 Edinger Ave., Suite 240
  Tustin, California 92783
8 Off: (949) 798-9897 | Fax: (714) 258-8282
  Email: gaughanlaw@pacbell.net
9

10 Attorney for Defendant,
   Michelle Alexandra Etsey

11

12                    UNITED STATES DISTRICT COURT

13                    FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-mj-207 |
| Plaintiff, | FIRST STIPULATION TO CONTINUE STATUS HEARING |
| v. | OLD STATS HEARING DATE: January 17, 2023 |
| MICHELLE ALEXANDRA ETSEY, AND | |
| MELANIE CHRISTINE BELGER | NEW STATUS HEARING DATE: May 23, 2023 at 1:00 p.m. |
| Defendants. | |

22     IT IS HEREBY STIPULATED AND AGREED by and between defendants

23 Melanie Christine Belger, and her counsel, Jeffrey D. Kent, Michelle

24 Alexandra Etsey, and her counsel, Dennis Gaughan, and plaintiff

25 United States of America, by and through its counsel of record, the

26 United States Attorney for the District of Columbia, as follows:

27     1.   Defendants' status hearing date is currently scheduled for

28 January 17, 2023 at 1:00 p.m.

2. Both counsel for Ms. Belger, and counsel for Mrs. Etsey need additional time to go through the voluminous amounts of discovery both personally, and with their respective clients.

3. The time between January 17, 2023 and May 23, 2023 shall be excluded from calculation of time in the interest of justice under the Speedy Trial Act.

3. Accordingly, the parties believe it is in the best interest of the case for the status hearing date be continued to May 23, 2023 at 1:00 p.m.

Dated: January 12, 2023     /s/*Jeffrey D. Kent*
                            JEFFREY D. KENT
                            Attorney for Defendant
                            MELANIE CHRISTINE BELGER

Dated: January 12, 2023     /s/*Dennis P Gaughan*
                            DENNIS P. GAUGHAN
                            Attorney for Defendant
                            MICHELLE ALEXANDRA ETSEY

Dated: January 13, 2023     TRACY L. WILKISON
                            Acting United States Attorney

                            BENJAMIN D. BARRON
                            Assistant United States Attorney
                            Chief, Santa Ana Branch Office

                            /s/ *Zachary Phillips*
                            ZACHARY PHILLIPS
                            Assistant United States Attorney
                            Attorneys for Plaintiff
                            UNITED STATES OF AMERICA

                            [Digitally signed by JDK pursuant to Email authorization January 12, 2023]

2