UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-mj-207 |
| Plaintiff, | ORDER CONTINUING STATUS HEARING |
| v. | |
| MICHELLE ALEXANDRA ETSEY, AND | NEW STATUS HEARING DATE<br>May 23, 2023 at 1:00 p.m. |
| MELANIE CHRISTINE BELGER, | |
| Defendants. | |

IT IS HEREBY ORDERED THAT the status hearing date for defendants, Michelle Alexandra Etsey and Melanie Christine Belger is continued from January 17, 2023 to May 23, 2023 at 1:00 p.m. The time between January 17, 2023 and May 23, 2023 shall be excluded from calculation of time in the interest of justice under the Speedy Trial Act.

IT IS SO ORDERED.

_____
Date

_____
HONORABLE ZIA M. FARUQUI
UNITED STATE MAGISTRATE JUDGE

1

Presented by:

/s/ Jeffrey D. Kent
JEFFREY D. KENT
Attorney for Defendant
Melanie Christine Belger