Jeffrey D. Kent (California State Bar No.: 162237)
THE KENT LAW FIRM, APC
1400 N. Harbor Blvd., Suite 601
Fullerton, California 92835
Off: (714) 401-3827 | Fax: (714) 908-3827
Email: jdkent@not-guilty.org

Attorney for Defendant,
Melanie Christine Belger

Dennis P. Gaughan (California State Bar No. 156355)
1432 Edinger Ave., Suite 240
Tustin, California 92783
Off: (949) 798-9897 | Fax: (714) 258-8282
Email: gaughanlaw@pacbell.net

Attorney for Defendant,
Michelle Alexandra Etsey

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>                v.<br><br>MICHELLE ALEXANDRA ETSEY, AND<br><br>MELANIE CHRISTINE BELGER<br><br>          Defendants. | Case No. 22-mj-207<br><br>SECOND STIPULATION TO CONTINUE STATUS HEARING<br><br>OLD STATS HEARING DATE: March 23, 2023<br><br>NEW STATUS HEARING DATE: June 13, 2023 at 1:00 p.m. |

   IT IS HEREBY STIPULATED AND AGREED by and between defendants Melanie Christine Belger, and her counsel, Jeffrey D. Kent, Michelle Alexandra Etsey, and her counsel, Dennis Gaughan, and plaintiff United States of America, by and through its counsel of record, the United States Attorney for the District of Columbia, as follows:

   1.   Defendants' status hearing date is currently scheduled for March 23, 2023 at 1:00 p.m.

2. Both counsel for Ms. Belger, and counsel for Mrs. Etsey need additional time to go through the voluminous amounts of discovery both personally, and with their respective clients.

3. Counsel for both defendants and the US Attorney have been working toward a plea agreement and expect to have one completed prior to the June 13, 2023 date.

4. The time between March 23, 2023 and June 13, 2023 shall be excluded from calculation of time in the interest of justice under the Speedy Trial Act.

3. Accordingly, the parties believe it is in the best interest of the case for the status hearing date be continued to June 13, 2023 at 1:00 p.m.

| | |
|---|---|
| Dated: March 16, 2023 | /s/*Jeffrey D. Kent* <br> JEFFREY D. KENT <br> Attorney for Defendant <br> MELANIE CHRISTINE BELGER |
| Dated: March 16, 2023 | /s/*Dennis P Gaughan* <br> DENNIS P. GAUGHAN <br> Attorney for Defendant <br> MICHELLE ALEXANDRA ETSEY |
| Dated: March 16, 2023 | TRACY L. WILKISON <br> Acting United States Attorney <br><br> BENJAMIN D. BARRON <br> Assistant United States Attorney <br> Chief, Santa Ana Branch Office <br><br> /s/ *Zachary Phillips* <br> ZACHARY PHILLIPS <br> Assistant United States Attorney <br> Attorneys for Plaintiff <br> UNITED STATES OF AMERICA <br><br> [Digitally signed by JDK pursuant to Email authorization March 16, 2023] |

3