UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-mj-207 |
| Plaintiff, | ORDER CONTINUING STATUS HEARING |
| v. | |
| MICHELLE ALEXANDRA ETSEY, AND | NEW STATUS HEARING DATE<br>June 13, 2023 at 1:00 p.m. |
| MELANIE CHRISTINE BELGER, | |
| Defendants. | |

 IT IS HEREBY ORDERED THAT the status hearing date for defendants, Michelle Alexandra Etsey and Melanie Christine Belger is continued from March 23, 2023 to June 13, 2023 at 1:00 p.m. The time between March 23, 2023 and June 13, 2023 shall be excluded from calculation of time in the interest of justice under the Speedy Trial Act.

 IT IS SO ORDERED.

_____    _____
Date               HONORABLE ZIA M. FARUQUI
                    UNITED STATE MAGISTRATE JUDGE

1

1  Presented by:

2  /s/ Jeffrey D. Kent
   JEFFREY D. KENT
3  Attorney for Defendant
   Melanie Christine Belger
4