UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No.: 23-cr-198 (ACR) |
| : | |
| MICHELLE ALEXANDRA ESTEY : | |
| MELANIE CHRISTINE BELGER, : | |
| : | |
| Defendant.   : | |

### JOINT MOTION TO SET AN ARRAIGNMENT AND PLEA DATE

The United States of America, by and through Assistant United States Attorney Zachary Phillips, and Defendants Michelle Estey and Melanie Belger, by and through their counsel, Jeffrey D. Kent and Dennis Gaughan, move this Court for an arraignment and plea hearing in approximately one month. The parties hereby stipulate and agree that:

1. The defendants were charged by complaint for violations of 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building; and 40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building on September 16, 2022.

2. On June 13, 2023, an Information charged the defendants with violation of 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building; and 40 U.S.C. § 5104(e)(2)(G) -

Parading, Demonstrating, or Picketing in a Capitol Building.

3. The parties have negotiated a plea agreement to resolve the case and are in the process of finalizing a statement of offense.

4. The Government and defense believe that the parties can be prepared for a plea hearing by August 7, 2023.

5. Counsel for the defendants and Government consent to exclusion of time under the Speedy Trial Act in order to finalize the plea paperwork and statement of offense and be prepared for an arraignment and plea hearing.

6. Counsel for the defendants and Government would request an arraignment and plea hearing date be set at a time after August 7, 2023, via videoconference pursuant to Fed. R. Crim. P. 43. If the Court would prefer an in-person arraignment and plea hearing, the parties would request a hearing on August 21, 22 or 23[1] if the Court is available and agrees.

---

[1] Counsel for the Government is on detail to the District of Columbia from the District of Colorado and is already scheduled to be in the District of Columbia the week of August 21 – 25. Both counsel for the defendants are from California but have indicated they are available to be in the District of Columbia August 21, 22 or 23.

For these reasons, the parties hereby move and stipulate that the Court should toll the speeding trial calculation and set an arraignment and plea hearing after August 7, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ *Zachary Phillips*
ZACHARY PHILLIPS
Assistant United States Attorney
CO Bar No.31251
United States Attorney's Office, Detailee
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (720) 281-1611
Zachary.phillips@usdoj.gov