UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:21-cr-00299 (RBW) |
| v. | : | |
| | : | |
| MARIPOSA CASTRO | : | |
| AKA IMELDA ACOSTA, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S SENTENCING MEMORANDUM

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this sentencing memorandum in connection with the above-captioned matter. For the reasons set forth herein, the government requests that this Court sentence Mariposa Castro to sixty days' incarceration and $500 restitution.

**I.     Introduction**

"Mariposa Castro" is the social media moniker of defendant Imelda Acosta (hereinafter "Castro"). Although she returned to her Washington, D.C. hotel room after attending the "Stop the Steal Rally" on January 6, 2021, Castro "couldn't stay in the room [while] watching in the news what is happening." After being told by other guests at her hotel that "Vice President Pence was a traitor," Castro decided, "I'm not taking this! NO," and ventured a mile-and-a-half to the besieged grounds of the U.S. Capitol Building. She eagerly joined the January 6, 2021 assault on the United States Capitol – a violent attack that forced an interruption of the certification of the 2020 Electoral College vote count, threatened the peaceful transfer of power after the 2020 Presidential election, injured more than one hundred law enforcement officers, and resulted in more than one million dollars of property damage.

1

In videos eventually viewed nearly 5,000 times, Castro broadcast live to hundreds of Facebook viewers her presence on restricted Capitol grounds for at least 47 minutes, repeatedly announcing her intent to "break in" and then documenting her unlawful entry into a conference room of the U.S. Capitol Building through a smashed-out window. Castro transmitted the violent siege of the Lower West Terrace and documented the ransacking of Senate Terrace Mezzanine Room 2 ("Room ST-2M") from inside and outside the Capitol Building. Addressing her followers as she was forced from the Capitol grounds at sunset, Castro exulted at the rioters' success:

> As Trump says, "the best is yet to come." It was a pretty long one. We showed them. We showed them all. Showed this one. War just started. It's just the beginning. As Trumps says, "the best is yet to come." It was so ugly. It got ugly in there. It got really ugly. I'm literally by myself. They told me not to be on my own. To find a crowd. And I'm by myself. That just shows how brave I am. If I can do this, you guys can do this.

Castro, the former owner of a San Francisco Bay Area yoga and tea shop, pleaded guilty to one count of violating 40 U.S.C. § 5104(e)(2)(G), that is, Parading, Demonstrating, or Picketing in the Capitol Building.

As explained herein, a sentence of sixty days' incarceration is appropriate in this case because: (1) the defendant rushed from her hotel room to the besieged Capitol after witnessing the unrest on television; (2) filmed and commented on the rioters' assault on the Lower West Terrace for nearly 30 minutes; (3) repeatedly stated her intent to break into the Capitol; (4) climbed through a smashed-out window to trespass inside the ransacked Room ST-2M; (4) broadcast to her social media followers her entry and unlawful presence in the Capitol Building, exclaiming, "we're going in the Capitol. We're in! We're inside the Capitol House! We got inside the Capitol!"; (5) remained on restricted Capitol grounds and continued filming herself while fellow rioters retrieved objects from Room ST-2M to be used as weapons against law enforcement officers; (6) continued to glorify the riot and advocate violence as she left the Capitol Grounds, even stating to her

followers, "we're coming, this is war," when another individual walking with her threatened, "traitors will be shot. Pence, we're coming"; and (7) has shown no apparent remorse for her self-proclaimed "brave" misconduct on January 6, 2021.

Even if she did not personally engage in violence or property destruction during the riot, before entering the Capitol Building on January 6, Castro encouraged and celebrated the violence of that day and essentially called upon her social media followers to join her in a "civil war." Not satisfied with her own unlawful conduct, Castro broadcast it through social media, encouraging her followers, "if I can do this, you guys can do this."

The Court should consider that Castro's conduct on January 6, like the conduct of scores of other defendants, took place in the context of a large and violent riot that relied on numbers to encourage their fellow rioters, overwhelm law enforcement, breach the Capitol, and disrupt the proceedings. But for her actions, together with that of so many others, the riot likely would have failed to disrupt the certification vote. *See United States v. Matthew Mazzocco*, 1:21-cr-00054 (TSC), Tr. 10/4/2021 at 25 ("A mob isn't a mob without the numbers. The people who were committing those violent acts did so because they had the safety of numbers.") Here, Castro's participation in a riot that actually succeeded in halting the Congressional certification combined with her celebration and endorsement of the violence and property destruction on that day, her claim of bravery, and her insinuation of future violence, render a period of incarceration – rather than just probation or home detention – both necessary and appropriate in this case.

II. **Factual and Procedural Background**

*The January 6, 2021 Attack on the Capitol*

To avoid repetition, the government refers to the general summary of the attack on the U.S. Capitol contained within Castro's Statement of Offense. *See* ECF 35 at 1-3. As the Court knows,