Jeffrey D. Kent (California State Bar No. 162237)
THE KENT LAW FIRM, APC
1400 N. Harbor Blvd., Suite 601
Fullerton, California 92835
Off: (714) 401-3827 | Fax: (714) 908-3827
Email: jdkent@not-guilty.org

Attorney for Defendant,
Melanie Christine Belger

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 23-cr-00198-ACR |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **MOTION TO RELEASE PASSPORT** |
| | ) | |
| MELANIE CHRISTINE BELGER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO RELEASE PASSPORT

COMES NOW, defendant, MELANIE CHRISTINE BELGER, through undersigned counsel, and respectfully moves this Honorable Court for and Order allowing Pretrial Services to release Ms. Belger's passport to her and/or her attorney of record, Jeffrey D. Kent.

Counsel has discussed the release of the passport with the government's counsel, Assistant United States Attorney Zachary Phillips, and the government has no objection to the release of the passport, and the government requests that Ms. Belger continue to abide by her terms and conditions of probation for travel and otherwise.

WHERFORE, the defendant, Melanie Christine Belger, respectfully requests that this Court grant Ms. Belger's request and issue an Order allowing Pretrial Services to release Ms.

Belger's passport to her and/or her attorney of record, Jeffrey D. Kent.

Dated: May 13, 2024

*/s/ Jeffrey D. Kent*
_____

Attorney for Defendant
MELANIE CHRISTINE BELGER